**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| MICHAEL ALAN McCOY | ) | BANKRUPTCY CASE NUMBER 09-10227 |
| MICHELE RENEE McCOY | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 1 | Yellow Book USA<br>c/o RMS Bky Recover Svcs<br>Post Office Box 5126<br>Timonium, Maryland 21094 | $ 3.83 |
| CLAIM # 8 | PYOD LLC<br>c/o Resurgent Capital Svcs<br>Post Office Box 19008<br>Greenville, SC 29602 | $ 0.91 |
| | **TOTAL:** | **$ 4.74** |

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana  46802
Telephone:  260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of April, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

                                                ____/s/ Yvette Gaff Kleven_____
                                                Yvette Gaff Kleven